U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
October 12, 2023
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

ORAAC (7/14/23) cal

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re  
 Howard Edward Cook  
 Rebecca Rae Cook  
Debtor

Case No. **23–31693–thp7**

ORDER RE REAFFIRMATION AGREEMENT (NO HEARING HELD)

A reaffirmation agreement between debtor and creditor Global FCU f/k/a Alaska USA FCU was filed on 10/12/23 as ECF No. 16 .

The court will not hold a hearing to consider approval of the agreement, which is neither approved nor disapproved, because an attorney represented debtor in the course of negotiating the agreement and the attorney signed the 11 U.S.C. § 524(c) certification satisfying the condition to the agreement's enforceability in §524(c)(3) and making §524(c)(6)(A) inapplicable. There is no presumption of undue hardship under 11 U.S.C. § 524(m).

###